IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02718-REB-MJW

MICHAEL G. CARSON,

Plaintiff(s),

v.

UNION PACIFIC RAILROAD COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Vacate and Continue Settlement Conference Currently Scheduled for Tuesday, June 8, 2010 [Docket No. **10**], filed with the Court May 07, 2010, is **GRANTED.**

It is further ORDERED that the Settlement Conference set June 08, 2010 at 10:00 a.m. is VACATED and **RESET** to JULY 14, 2010 at 10:30 a.m. in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Parties shall submit their Updated Confidential Settlement Statements to Magistrate Judge Watanabe **on or before** JULY 09, 2010.

Date: May 10, 2010